Uzamere v Kushner (2025 NY Slip Op 04125)

Uzamere v Kushner

2025 NY Slip Op 04125

Decided on July 10, 2025

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:July 10, 2025

CV-23-1022
[*1]Cheryl D. Uzamere, Appellant,
v
Susan M. Kushner, Individually and as Albany County Family Court Judge, et al., Defendants, and City of New York et al., Respondents.

Calendar Date:May 29, 2025

Before:Garry, P.J., Lynch, Reynolds Fitzgerald and McShan, JJ.

Cheryl D. Uzamere, Brooklyn, appellant pro se.
Muriel Goode-Trufant, Corporation Counsel, New York City (Philip W. Young of counsel), for City of New York and others, respondents.

Appeal from an order of the Supreme Court (Mark Powers, J.), entered May 31, 2023 in Albany County, which, among other things, granted defendant Brian Goldman's motion to dismiss the complaint against him.
The relevant facts are not meaningfully different from those presented in Uzamere v Hochul (___ AD3d ___ [3d Dept 2025] [decided herewith]), and, for the reasons stated therein, we affirm.
Garry, P.J., Lynch, Reynolds Fitzgerald and McShan, JJ., concur.
ORDERED that the order is affirmed, without costs.